UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20461-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MILKA YARLIN ALFARO,
Reg. No. 09302-104

    Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION FOR A RULE 35 REDUCTION

**THIS CAUSE** came before the Court upon the Government's Motion for a Rule 35 Reduction [ECF No. 270], to reflect the defendant's substantial assistance. The Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Government's Motion for a Rule 35 Reduction [ECF No. 270] is **GRANTED without a hearing.**

1. **Milka Yarlin Alfaro** shall be committed to the Bureau of Prisons for a total term of **One Hundred Twenty One (121)** months as to Counts One of the Superseding Indictment to be served concurrently to the sentence imposed in docket 16-20507-CR-MOORE.

2. All remaining conditions imposed in the Judgment in a Criminal Case dated June 14, 2017 shall remain in full force and effect.

**DONE AND ORDERED** in Chambers, Miami, Florida this 25 day of October, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record
U.S. Probation Office
U.S. Marshal Service