**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-CR-20461-MARTINEZ**

**UNITED STATES OF AMERICA,**

    vs.

**MILKA ALFARO,**

        **Defendant.**

_____/

**GOVERNMENT'S SECOND MOTION FOR A RULE 35 REDUCTION**

The United States of America moves to reduce the sentence of Defendant Milka Alfaro ("Alfaro") pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1.    On July 19, 2016, Alfaro and her mother, Mildrey Gonzalez, were charged via superseding indictment with one count of conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349; eight counts of health care fraud, in violation of 18 U.S.C. § 1347; one count of conspiracy to defraud the United States and pay and receive health care kickbacks, in violation of 18 U.S.C. § 371; one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h); and multiple counts of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

2.    On March 2, 2017, Alfaro pleaded guilty to one count of conspiracy to commit health care fraud and wire fraud.

3.    On June 14, 2017, Alfaro was sentenced to 151 months' imprisonment, consecutive to her 37 month sentence for bulk cash smuggling in another case (16-CR-20507-MOORE).

4.    On October 13, 2017, the United States moved to reduce the sentences of Alfaro and her mother and co-defendant based on their substantial assistance in the investigation and

1

prosecution of other individuals. As a result of their substantial assistance, the United States recommended a twenty (20) percent reduction in their sentences, to run concurrent to their sentences before Judge Moore (16-CR-20507).

5. On October 25, 2017, this Court granted the United States' motion, reducing Alfaro's sentence to one hundred and twenty one (121) months' incarceration.

6. Since the filing of its prior Rule 35 motion, Alfaro has provided the government with substantial assistance in its investigation and prosecution of other individuals, including by testifying for the government at trial. As a result of her substantial assistance, the government recommends a fifty (50) percent reduction in Alfaro's sentence. Such a reduction would lead to a total sentence of sixty-one (61) months for Alfaro.

7. Pursuant to Local Rule 88.9, the United States conferred with defense counsel Marc Seitles, Esq., and understands that defense counsel may seek a slightly greater reduction and a hearing on the government's motion.

    Respectfully submitted,

    ROBERT ZINK
    CHIEF, FRAUD SECTION

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:   */s/ Alexander Thor Pogozelski*
    Alexander Thor Pogozelski
    Florida Special Bar No. A5502549
    Trial Attorney
    United States Department of Justice
    Criminal Division, Fraud Section
    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Tel: (202) 510-2208
    Email: alexander.pogozelski@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on February 26, 2020, I served and filed the forgoing document with the Clerk of the Court via CM/ECF.

> By: */s/ Alexander Thor Pogozelski*
> Alexander Thor Pogozelski
> Florida Special Bar No. A5502549
> Trial Attorney
> United States Department of Justice
> Criminal Division, Fraud Section
> 1400 New York Avenue, N.W.
> Washington, D.C. 20005
> Tel: (202) 510-2208
> Email: alexander.pogozelski@usdoj.gov