UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20461-MARTINEZ

**UNITED STATES OF AMERICA,**

vs.

**MILKA ALFARO,**

        **Defendant.**
_____/

## GOVERNMENT'S AMENDED SECOND MOTION FOR A RULE 35 REDUCTION

The United States of America hereby amends its motion to reduce the sentence of Defendant Milka Alfaro ("Alfaro") pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1. On July 19, 2016, Alfaro and her mother, Mildrey Gonzalez, were charged via superseding indictment with one count of conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349; eight counts of health care fraud, in violation of 18 U.S.C. § 1347; one count of conspiracy to defraud the United States and pay and receive health care kickbacks, in violation of 18 U.S.C. § 371; one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h); and multiple counts of money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

2. On March 2, 2017, Alfaro pleaded guilty to one count of conspiracy to commit health care fraud and wire fraud.

3. On June 14, 2017, Alfaro was sentenced to 151 months' imprisonment, consecutive to her 37-month sentence for bulk cash smuggling in another case (16-CR-20507-MOORE).

1

4. On October 13, 2017, the United States moved to reduce the sentences of Alfaro and her mother and co-defendant based on their substantial assistance in the investigation and prosecution of other individuals. As a result of their substantial assistance, the United States recommended a twenty (20) percent reduction in their sentences, to run concurrent to their sentences before Judge Moore (16-CR-20507).

5. On October 25, 2017, this Court granted the United States' motion, reducing Alfaro's sentence to one hundred and twenty-one (121) months' incarceration.

6. Since the filing of its prior Rule 35 motion, Alfaro has provided the government with substantial assistance in its investigation and prosecution of numerous other individuals, including by testifying for the government at trial. To reflect her substantial assistance, the government filed a second Rule 35 motion on February 26, 2020, recommending a fifty (50) percent reduction in Alfaro's sentence.

7. Based upon additional information learned since its original filing, the government hereby amends its motion and recommends an approximately fifty-four (54) percent reduction in Alfaro's sentence. Such a reduction would lead to a total sentence of fifty-six (56) months for Alfaro.

8. Pursuant to Local Rule 88.9, the United States has conferred with defense counsel Marc Seitles, Esq., who joins in the government's amended motion.

    Respectfully submitted,

    ROBERT ZINK
    CHIEF, FRAUD SECTION

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

    By:    */s/ Alexander Thor Pogozelski*

Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 510-2208
Email: alexander.pogozelski@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 13, 2020, I served and filed the forgoing document with the Clerk of the Court via CM/ECF.

                     By:     */s/ Alexander Thor Pogozelski*
                                 Alexander Thor Pogozelski
                                 Florida Special Bar No. A5502549
                                 Trial Attorney
                                 United States Department of Justice
                                 Criminal Division, Fraud Section
                                 1400 New York Avenue, N.W.
                                 Washington, D.C. 20005
                                 Tel: (202) 510-2208
                                 Email: alexander.pogozelski@usdoj.gov