UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20461-CR-MARTINEZ

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MILKA ALFARO,
Reg. No. 09302-104,

      Defendant.
_____/

## ORDER GRANTING GOVERNMENT'S AMENDED SECOND MOTION FOR RULE 35 REDUCTION

**THIS CAUSE** came before the Court upon the United States' Amended Second Motion for Rule 35 Reduction [ECF No. 310] of Sentence Pursuant to Rule 35 of Federal Rules of Criminal Procedure. The Court having reviewed the motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Government's Amended Second Motion for Rule 35 Reduction [ECF No. 310] is **GRANTED without a hearing.**

    1. **Milka Alfaro,** shall be committed to the Bureau of Prisons for a total term of **Fifty-Six (56) months** as to Count One, to run concurrent with her sentence in case number: 16-20507-CR-Moore.

    2. All remaining conditions imposed in the Judgment in this Criminal Case dated June 14, 2017 shall remain in full force and effect.

    **DONE AND ORDERED** in Chambers, at Miami, Florida this 13 day of May, 2020.

                                                       JOSE E. MARTINEZ
                                                       UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record
U.S. Probation Office
U.S. Marshal Service